IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE JACKSON, | No. 2:21-CV-1814-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY BELL, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 18, 2025, the Magistrate Judge filed findings and recommendations, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED as follows:
2   1.   The findings and recommendations filed September 18, 2025, ECF No. 38, are
3   adopted in full.
4   2.   Defendant's motion to dismiss, ECF No. 34, is denied.
5   3.   Defendant shall file an answer to plaintiff's third amended complaint within 30
6   days of the date of this order.
7   DATED:  October 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE